IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL BATES                                                                                    PLAINTIFF

v.                                    Case No. 4:19-cv-00526 KGB

POPE COUNTY, ARKANSAS, *et al.*                                                  DEFENDANTS

## ORDER

Plaintiff Daniel Bates has filed a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 2). No answer or motion for summary judgment has been served on plaintiff. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court dismisses without prejudice this action.

It is so ordered this 29th day of October 2019.

_____
Kristine G. Baker
United States District Court Judge